Becker v. State



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS





IN RE: JAMIE L. WORSTER,


 Relator.
 §


 


§


 


§


 


§


 


§


 


 § 


No. 08-07-00157-CV



AN ORIGINAL PROCEEDING 


IN MANDAMUS







MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator Jamie L. Worster seeks a writ of mandamus against the Honorable Patricia Macias
Judge of the 388th District Court of El Paso County. Relator also requests emergency relief. 
Mandamus will lie only to correct a clear abuse of discretion. Walker v. Packer, 827 S.W.2d 833,
840 (Tex. 1992) (orig. proceeding). Moreover, there must be no other adequate remedy at law. Id.
Based on the record before us, we conclude Relator has not established that she is entitled to the
relief requested. Accordingly, we deny the motion for emergency relief and the relief sought in the
mandamus petition.


 KENNETH R. CARR, Justice

June 28, 2007


Before Chew, C.J., McClure, and Carr, JJ.